## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| THE SCOOTER STORE, INC., ET AL., | ) | Case No. 2:10-CV-0018-ALM-MRA |
| | ) | |
| Plaintiffs, | ) | JUDGE ALGENON L. MARBLEY |
| | ) | |
| v. | ) | MAGISTRATE JUDGE ELIZABETH |
| | ) | PRESTON DEAVERS |
| SPINLIFE.COM, LLC, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER OF (1) DISMISSAL WITH PREJUDICE OF ALL AFFIRMATIVE CLAIMS SET OUT IN THE FIRST AMENDED COMPLAINT OF PLAINTIFFS/COUNTERCLAIM DEFENDANTS THE SCOOTER STORE, INC. AND THE SCOOTER STORE, LTD.; (2) JUDGMENT ON BEHALF OF DEFENDANT/COUNTERCLAIM PLAINTIFF SPINLIFE.COM, LLC ON COUNTS III AND V SET OUT IN SPINLIFE.COM, LLC'S FIRST AMENDED COUNTERCLAIM; (3) DISMISSAL WITHOUT PREJUDICE OF COUNTS I, II, IV AND VI SET OUT IN DEFENDANT/COUNTERCLAIM PLAINTIFF SPINLIFE.COM, LLC'S FIRST AMENDED COUNTERCLAIM; AND (4) WITHDRAWAL, WITHOUT PREJUDICE TO REFILING, OF THE MOTION OF DEFENDANT/COUNTERCLAIM PLAINTIFF SPINLIFE.COM, LLC FOR INTERIM ATTORNEYS' FEES**

The Court being informed, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1) All of the affirmative claims set out in the First Amended Complaint (Doc. 4) of plaintiffs/counterclaim defendants The Scooter Store, Inc. and The Scooter Store, Ltd. are dismissed *with prejudice* for the reasons stated in the Court's December 21, 2011 Opinion and Order (Doc. 140) and the Court's September 28, 2012 Opinion and Order (Doc. 152).

2) *Judgment is entered* on behalf of defendant/counterclaim plaintiff SpinLife.com, LLC on Counts III & V of defendant/counterclaim plaintiff SpinLife.com, LLC's First Amended Counterclaim (Doc. 61), for the reasons stated in the Court's December 21, 2011 Opinion and Order (Doc. 140).

3) Counts I, II, IV and VI set out in defendant/counterclaim plaintiff SpinLife.com, LLC's First Amended Counterclaim (Doc. 61) are dismissed *without prejudice*.

4) The Motion of Defendant/Counterclaim Plaintiff SpinLife.com, LLC for Interim Attorneys' Fees (Doc. 160) is withdrawn, ***without prejudice*** to it being refiled.

IT IS SO ORDERED.


 7/18/16
DATE

/s/   ALGENON L. MARBEY
JUDGE ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT JUDGE


665825